UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT GREENHOUSE,

                            Plaintiff(s),

                    v.                                          23-CV-9754 (DEH)

WEBSITE SYMMETRY, et al.,                                        **ORDER**

                            Defendant(s).

DALE E. HO, United States District Judge:

An order issued November 7, 2023, scheduled an initial pretrial conference in this matter for January 24, 2024, and required the parties to file a joint status letter and proposed case management plan by January 17, 2024.  *See* Dkt. No. 7.  No such materials were filed and Plaintiff has not filed proof of service of the Complaint or the November 7, 2023, order on the docket.

It is hereby **ORDERED** that, if the parties are in contact, they shall file the required joint status letter and case management plan as soon as possible and no later than **January 19, 2024.** If the parties are not in contact, Plaintiff shall file a letter on ECF by **January 19, 2024,** describing his efforts to provide actual notice of this lawsuit to Defendants and requesting an adjournment of up to thirty (30) days of the initial pretrial conference.

SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                            _____
                                                      DALE E. HO
                                              United States District Judge