UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT GREENHOUSE,<br><br>         Plaintiff,<br><br>    v.<br><br>WEBSITE SYMMETRY, et al.,<br><br>         Defendants. | 23 Civ. 9754 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued January 22, 2024, scheduled an initial pre-trial conference for March 20, 2024, and required the parties to file a joint status letter and proposed case management plan by March 13, 2024.  *See* ECF No. 10.  On February 16, 2024, Plaintiff filed a status letter regarding service of Defendants.  *See* ECF No. 11.  No Defendants have appeared.

  It is hereby **ORDERED** that, if Plaintiff has been in contact with Defendants, the parties shall file the required joint status letter and proposed case management plan as soon as possible and no later than **March 18, 2024.**  Alternatively, Plaintiff shall file a letter on ECF by **March 18, 2024,** describing its efforts to serve and provide actual notice of this lawsuit to Defendants.  Such letter may seek further adjournment of the initial pretrial conference.

  SO ORDERED.

Dated: March 14, 2024
   New York, New York

                             DALE E. HO
                       United States District Judge