UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT GREENHOUSE,

                Plaintiff,

v.

WEBSITE SYMMETRY, et al.,

                Defendants.

23 Civ. 9754 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

    An order issued July 1, 2024, required Plaintiff to file a further status letter regarding service by August 16, 2024.  *See* ECF No. 18.  No such letter was filed.

    It is hereby **ORDERED** that, Plaintiff shall file the required letter on ECF by **August 20, 2024.**

    SO ORDERED.

Dated: August 19, 2024
       New York, New York

                                                DALE E. HO
                                     United States District Judge