UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT GREENHOUSE,

                Plaintiff,

v.

WEBSITE SYMMETRY, et al.,

                Defendants.

23 Civ. 9754 (DEH)

**ORDER**

---

DALE E. HO, United States District Judge:

An order issued July 1, 2024, required Plaintiff to file a further status letter regarding service by August 16, 2024. *See* ECF No. 18. No such letter was filed. An order issued August 19, 2024, directed Plaintiff to file the required letter. *See* ECF No. 19. No such letter was filed.

It is hereby **ORDERED** that, Plaintiff shall file the required letter on ECF by **August 23, 2024.** Plaintiff is apprised that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: August 21, 2024
       New York, New York

                                          DALE E. HO
                                United States District Judge