UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREENHOUSE,<br><br>                      Plaintiff,<br><br>        v.<br><br>WEBSITE SYMMETRY ET AL.,<br><br>                      Defendants. | 23-CV-9754 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    Within one business day of the issuance of this Order, Plaintiff shall serve a copy of (1) this Court's December 2, 2024 Order authorizing substitute service on Defendant Blitz Design, Inc. ("Blitz") and (2) a copy of the Amended Complaint on Blitz via certified overnight mail to the following address, which is listed on Blitz's website: 45333 Fremont Blvd. #5, Fremont, CA 94538.

    Plaintiff shall provide proof of service via ECF within one business day of sending the aforementioned documents to Blitz.

SO ORDERED.

Dated: December 2, 2024

New York, New York

                                                                         DALE E. HO
                                                    United States District Judge