UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

| | | |
|---|---|---|
| ALBERT GREENHOUSE, | : | |
| Plaintiff, | : | |
| v. | : | 1:23-cv-09754-DEH |
| WEBSITE SYMMETRY; VIDEO SYMMETRY; LOGO SYMMETRY; BLITZ DESIGN, INC.; 360 ART STUDIO, INC.; EVRIMA CHICAGO LLC; GHOSTWRITING UNIVERSE; AMY CONNOR; NICK FISHER; JASON PARKER; and SETH MILES, | : : : : | JUDGMENT BY DEFAULT AGAINST DEFENDANTS BLITZ DESIGN, INC. AND 360 ART STUDIO, INC. AND FOR AN |
| Defendants. | : | INQUEST RESPECTING DAMAGES |

------------------------------------------------------ X

This action having been commenced by the filing of a Complaint against the defendants, including 360 Art Studio, Inc. ("360") and Blitz Design, Inc. ("Blitz") and 360 was served with the Amended Complaint together with a Summons, a copy of the civil cover sheet herein and Exhibits 1-17 to the Amended Complaint, all served on August 29, 2024 [Dkt. 43]; and defendant Blitz was served with the Amended Complaint together with a Summons, a copy of the civil cover sheet herein and Exhibits 1-17 to the Amended Complaint, together with a copy of the Court's Order permitting Substituted Service on the California Secretary of State [Dkt. 53] all served on December 4, 2024 [Dkt. 43], and neither defendant 360 nor Blitz having answered the Complaint, and the time for answering the Complaint having expired, it is

-2-

ORDERED, ADJUDGED AND DECREED: That the plaintiff have default judgment against defendant 360 and against defendant Blitz in an amount to be determined by a U.S. Magistrate Judge in an inquest after default;

AND FURTHERMORE, an inquest being appropriate to determine liability and amount of damages, punitive damages and attorneys' fees, the matter is referred to Judge Parker for the scheduling and conduct of such an inquest.

SO ORDERED

_____

Hon. Dale E. Ho,

United States District Judge

Dated: March 5, 2025

New York, New York