# The Law Offices of Roger S. Thompson
116 Pinehurst Ave., Suite D-14
New York, New York 10033
Phone:  (212) 923-5145
Fax:  (866) 276-8409
roger@thompson-ip.com

April 14, 2025

**By ECF**
Hon. Katharine H. Parker, U.S.M.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**
*[signature]* Hon. Katharine H. Parker, U.S.M.J.   4/15/2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2025

Re:    *Greenhouse v. Website Symmetry,* et al.
       1:23-cv-09754-DEH
       RST Ref.:  6071-004

Dear Judge Parker:

I represent the named plaintiff, Albert Greenhouse, in the above-referred matter. I write this letter further to the Scheduling Order for Damages Inquest against the Defendants Blitz Design, Inc. ("Blitz") and 360 Art Studio, Inc. ("360") issued on March 6, 2025 [Dkt. 75] ("the Scheduling Order").

On March 5, 2025, Judge Ho issued a Judgment by Default Against Defendants Blitz and 360, and for an Inquest Respecting Damages [Dkt. 73] in the above-captioned matter.  By Order of that same date, Judge Ho referred the matter to Your Honor for scheduling an Inquest for Damages [Dkt. 74].  Pursuant to that referral, Your Honor issued the Scheduling Order, which sets April 21, 2025 as the date by which Plaintiff is to submit his papers in support of a damages award.  By this letter, Plaintiff seeks to extend that date by three weeks, *i.e.*, until May 12, 2025.  This is the first request for an extension in this matter.

Inasmuch as the defendants are in default, their consent has not been sought.

The reason for the extension is as follows:  the undersigned is a solo practitioner, and I have several filing dates set to fall within the same week or so of my calendar.  I am seeking the extension to permit the orderly conduct of my various matters.  In this case, I have been diligently working to secure as much information as possible in support of the default damages and, as part of that, have recently taken the deposition of Mr. Ovais Riaz, principal of Evrima Chicago, LLC, a now-settled defendant in this action.

Mr. Riaz has provided some information which will be incorporated into the damages briefing, and I need to secure his signature on his transcript to use the transcript properly and forestall any possible challenge to its usage at a later date.  I have dispatched the transcript to Mr. Raiz' counsel, and am awaiting its return.  I expect the requested extension

Hon. Katharine H. Parker, U.S.M.J.
April 14, 2025
Page 2

to be sufficient to permit the return of the executed deposition and to permit me to complete proposed findings and conclusions for submission to the Court.

Plaintiff shall continue to update the Court of any further developments.

Thank you for your attention in this matter. Early and favorable consideration is requested.

Yours Truly,
THE LAW OFFICES OF ROGER S. THOMPSON
/s/ Roger S. Thompson
Roger S. Thompson (RT 2117)
cc:    Mr. Albert Greenhouse (*via* e-mail)