# The Law Offices of Roger S. Thompson
116 Pinehurst Ave., Suite D-14
New York, New York 10033
Phone: (212) 923-5145
Fax: (866) 276-8409
roger@thompson-ip.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2025
```

**By ECF**
Hon. Katharine H. Parker, U.S.M.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**
*[signature]*
Hon. Katharine H. Parker, U.S.M.J.
05/12/2025

Re:   *Greenhouse v. Website Symmetry,* et al.
      1:23-cv-09754-DEH
      RST Ref.: 6071-004

Dear Judge Parker:

I represent the named plaintiff, Albert Greenhouse, in the above-referred matter. I write this letter further to the Scheduling Order for Damages Inquest against the Defendants Blitz Design, Inc. ("Blitz") and 360 Art Studio, Inc. ("360") issued on March 6, 2025 [Dkt. 75] ("the Scheduling Order").

On March 5, 2025, Judge Ho issued a Judgment by Default Against Defendants Blitz and 360, and for an Inquest Respecting Damages [Dkt. 73] in the above-captioned matter. By Order of that same date, Judge Ho referred the matter to Your Honor for scheduling an Inquest for Damages [Dkt. 74]. Pursuant to that referral, Your Honor issued the Scheduling Order, which set April 21, 2025 as the date by which Plaintiff is to submit his papers in support of a damages award. By Order dated April 15, 2025 [Dkt. 77], the Court granted Plaintiff's first request for an extension of time until May 12, 2025.

<u>By this letter, Plaintiff seeks to extend that date by an additional two weeks, *i.e*., until May 26, 2025.</u>  This is the second request for an extension in this matter.

Inasmuch as the defendants are in default, their consent has not been sought.

The reason for the extension is as follows:  as previously mentioned, the undersigned is a solo practitioner, and I had several filing dates which fall within the same week or so of my calendar. For example, on Friday, May 9, 2025, I filed two motion in limine in a case in the E.D.N.Y., and six papers before the United States Patent Office Patent Trial and Appeal Board. I am seeking this second extension to permit the orderly conduct of my various matters.

Hon. Katharine H. Parker, U.S.M.J.
May 11, 2025
Page 2

In this case, I have been diligently working to secure as much information as possible in support of the default damages. As previously reported, I have taken the deposition of Mr. Ovais Riaz, principal of Evrima Chicago, LLC, a now-settled defendant in this action.

Mr. Riaz has provided some information which will be incorporated into the damages briefing, and I hope to secure his signature on his transcript to use the transcript properly and forestall any possible challenge to its usage at a later date. I have dispatched the transcript to Mr. Raiz' counsel, and am awaiting its return. I expect the requested extension to be sufficient to permit the return of the executed deposition and to permit me to complete proposed findings and conclusions for submission to the Court.

Plaintiff shall continue to update the Court of any further developments.

Thank you for your attention in this matter. Early and favorable consideration is requested.

Yours Truly,
THE LAW OFFICES OF ROGER S. THOMPSON
/s/ Roger S. Thompson
Roger S. Thompson (RT 2117)
cc:   Mr. Albert Greenhouse (*via* e-mail)