```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/23/2025
```

Law Offices of Roger S. Thompson
[...]hurst Ave., Suite D-14
[New Y]ork, New York 10033
[Pho]ne: (212) 923-5145
[Fa]x: (866) 276-8409
[rst]@thompson-ip.com

> Application GRANTED. The deadline to file papers is June 9, 2025. Separately, Plaintiff shall provide a status update on Blitz by June 16, 2025.
>
> SO ORDERED:
>
> *Katharine H. Parker*   05/23/2025
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

**By ECF**
Hon. Katharine H. Parker, U.S.M.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Greenhouse v. Website Symmetry,* et al.
      1:23-cv-09754-DEH
      RST Ref.:  6071-004

Dear Judge Parker:

I represent the named plaintiff, Albert Greenhouse, in the above-referred matter. I write this letter further to the Scheduling Order for Damages Inquest against the Defendants Blitz Design, Inc. ("Blitz") and 360 Art Studio, Inc. ("360") issued on March 6, 2025 [Dkt. 75] ("the Scheduling Order").

On March 5, 2025, Judge Ho issued a Judgment by Default Against Defendants Blitz and 360, and for an Inquest Respecting Damages [Dkt. 73] in the above-captioned matter. By Order of that same date, Judge Ho referred the matter to Your Honor for scheduling an Inquest for Damages [Dkt. 74]. Pursuant to that referral, Your Honor issued the Scheduling Order, which set April 21, 2025 as the date by which Plaintiff was to submit his papers in support of a damages award. By Order dated April 15, 2025 [Dkt. 77], the Court granted Plaintiff's first request for an extension of time until May 12, 2025, and a second extension until May 26, 2025 [Dkt. 79].

By this letter, Plaintiff seeks to extend that date by an additional two weeks, *i.e.*, until June 9, 2025. This is the third request for an extension in this matter.

Inasmuch as the defendants are in default, their consent has not been sought.

The reason for the extension is that there has been a development in the case with respect to Blitz. Specifically, yesterday, Mr. Greenhouse received a solicitation from Blitz to ask Mr. Greenhouse if he would like Blitz to perform further work on his behalf. Attached hereto is a screenshot of the text message Mr. Greenhouse received. I need to investigate whether this will lead to further information about Blitz' whereabouts or open another line of inquiry about how to find Blitz.

Hon. Katharine H. Parker, U.S.M.J.
May 22, 2025
Page 2

Additionally, this fact may impact on the Proposed Findings and Conclusions in this matter, and I need a few days to determine what impact, if any, this new factual development may have on these proceedings.

Furthermore, as previously reported, I have taken the deposition of Mr. Ovais Riaz, principal of Evrima Chicago, LLC, a now-settled defendant in this action, and still await the return of his signed deposition. His counsel has thus far not responded to my inquiries regarding when I may expect to receive the signed document.

Plaintiff shall continue to update the Court of any further developments.

Thank you for your attention in this matter. Early and favorable consideration is requested.

Yours Truly,
THE LAW OFFICES OF ROGER S. THOMPSON
/s/ Roger S. Thompson
Roger S. Thompson (RT 2117)
cc:   Mr. Albert Greenhouse (*via* e-mail)

8:34

 15



+1 (323) 435-8085 >

Text Message • SMS
Apr 2, 2024 at 6:21 AM

> Get Company Logos, Website, Graphic Design at https://theblitzdesign.com/offer1/ - Reply Yes to set up a call OR STOP to opt out.

Today 7:29 AM

> Want a professional logo that stands out? We've got you covered! Visit https://theblitzdesign.com/offer1/ - Reply YES to begin or UNSUB to opt-out.