**The Law Offices of Roger S. Thompson**
116 Pinehurst Ave., Suite D-14
New York, New York 10033
Phone: (212) 923-5145
Fax: (866) 276-8409
r@thompson-ip.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2025

By ECF

Hon. Katharine H. Parker, U.S.M.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Application GRANTED. The deadline to submit papers is June 16, 2025.
>
> SO ORDERED:
>
> /s/ Katharine H. Parker          06/10/2025
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

Re:   *Greenhouse v. Website Symmetry,* et al.
      1:23-cv-09754-DEH-KHP
      RST Ref.: 6071-004

Dear Judge Parker:

I represent the named plaintiff, Albert Greenhouse, in the above-referred matter. I write this letter further to the Scheduling Order for Damages Inquest against the Defendants Blitz Design, Inc. ("Blitz") and 360 Art Studio, Inc. ("360") issued on March 6, 2025 [Dkt. 75] ("the Scheduling Order").

On March 5, 2025, Judge Ho issued a Judgment by Default Against Defendants Blitz and 360, and for an Inquest Respecting Damages [Dkt. 73] in the above-captioned matter. By Order of that same date, Judge Ho referred the matter to Your Honor for scheduling an Inquest for Damages [Dkt. 74]. Pursuant to that referral, Your Honor issued the Scheduling Order, which set April 21, 2025 as the date by which Plaintiff was to submit his papers in support of a damages award. By Order dated April 15, 2025 [Dkt. 77], the Court granted Plaintiff's first request for an extension of time until May 12, 2025, subsequently a second extension until May 26, 2025 [Dkt. 79], and most recently a third extension until June 9, 2025 [Dkt. 81].

By this letter, Plaintiff seeks to extend that date by an additional one week, *i.e.*, until June 16, 2025. This is the fourth request for an extension in this matter.

Inasmuch as the defendants are in default, their consent has not been sought.

The reason for the extension is as follows. In addition to my practice, I am the primary caregiver for my disabled wife, who is recovering from a stroke suffered in 2014. On Saturday night, May 31, 2025, she fell and suffered a hairline fracture of her right shoulder, leading to a long night in the Emergency Room followed by increased time required of me to take care of her when her health aides are not here and also dealing with doctors,

Hon. Katharine H. Parker, U.S.M.J.
June 8, 2025
Page 2

insurance and pharmacies to a greater extent than was expected. I need an additional few days to complete the necessary papers to seek the default herein.

Furthermore, as previously reported, I have taken the deposition of Mr. Ovais Riaz, principal of Evrima Chicago, LLC, a now-settled defendant in this action, and still await the return of his signed deposition. On Friday, June 6, his counsel responded to my inquiries and promised I may expect to receive an executed Declaration attesting to the accuracy of the transcript in the early part of this week.

Plaintiff shall continue to update the Court of any further developments.

Thank you for your attention in this matter. Early and favorable consideration is requested.

Yours Truly,
THE LAW OFFICES OF ROGER S. THOMPSON
/s/ Roger S. Thompson
Roger S. Thompson (RT 2117)
cc:   Mr. Albert Greenhouse (*via* e-mail)