UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT GREENHOUSE,

                          Plaintiff,

-against-

WEBSITE SYMMETRY; VIDEO SYMMETRY; LOGO SYMMETRY; BLITZ DESIGN, INC.; 360 ART STUDIO, INC.; EVRIMA CHICAGO LLC; GHOSTWRITING UNIVERSE; AMY CONNOR; NICK FISHER; JASON PARKER; and SETH MILES

                          Defendants.

ORDER

23-cv-09754 (DEH) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      It has come to the Court's attention that the Plaintiff in the above-captioned case filed his damages inquest papers on June 16, 2025, but the filing was rejected by the Clerk's office. (*See* ECF No. 84.) The Clerk also published a notice to counsel on the docket reminding him that his motion was not filed. The filing is now technically late, and counsel is admonished to review the docket. As a courtesy, the Court will extend the deadline to file the papers to no later than **December 1, 2025**. Further extensions are unlikely to be granted. Counsel is reminded that failure to follow the clerk's instructions or this court's orders in prosecuting this case could result in adverse consequences, including and up to the closure of the case without an inquest on damages.

      **SO ORDERED.**

DATED:    New York, New York
               November 19, 2025

                                                                    *Katharine H Parker*
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge