UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT GREENHOUSE,

           Plaintiff,

      -against-

WEBSITE SYMMETRY, VIDEO SYMMETRY,
LOGO SYMMETRY, BLITZ DESIGN, INC.,
GHOSTWRITING UNIVERSE, AMY CONNOR,
SETH MILES, JASON PARKER, NICK FISHER,
and 360 ART STUDIO, INC.,

           Defendants.

23-cv-9754 (DEH) (KHP)

ORDER

---

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Plaintiff in this action appeared before the undersigned on February 11, 2026, for a telephonic conference.  At the conference, the Court expressed concerns about its personal jurisdiction over certain defendants and heard Plaintiff's counsel regarding his position on a potential transfer of this case to a different venue.  Plaintiff's counsel requested time to brief the issue of personal jurisdiction, and the Court granted the request on the record, allowing two weeks.  Thus, Plaintiff's supplemental memorandum of law (or notice of non-opposition to a transfer of venue) is due **February 25, 2026**.  The Plaintiff may, at his election, also address the factors of *forum non conveniens* in his supplemental memorandum. *See, e.g.*, *Keitt v. N.Y. City*, 882 F. Supp. 2d 412, 459-60 (S.D.N.Y. 2011) (outlining the *forum non* factors).

      **SO ORDERED.**

DATED:     New York, New York
             February 11, 2026

*Kathaine H Parker*

_____
KATHARINE H. PARKER
United States Magistrate Judge